No. 23-5257

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

SAMUEL JOHNSON, *et al.*,

    *Plaintiffs-Appellants*,

v.

KATHY GRIFFIN,

    *Defendant-Appellee.*

On Appeal from the United States District Court
for the Middle District of Tennessee
Case No. 3:22-v-00295

# MOTION OF TECHFREEDOM FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANT-APPELLEE

Ari Cohn
Berin Szóka
Corbin K. Barthold
TECHFREEDOM
1500 K. Street NW, Floor 2
Washington, D.C. 20005
acohn@techfreedom.org

Annie Avery
BRYAN CAVE LEIGHTON
 PAISNER LLP
1920 Main Street, Ste. 1000
Irvine, CA 92641
Annie.Avery@bclplaw.com

Geoffrey M. Pipoly
 *Counsel of Record*
BRYAN CAVE LEIGHTON
 PAISNER LLP
161 N. Clark Street, Ste. 4300
Chicago, IL 60601
Geoff.Pipoly@bclplaw.com
(312) 602-5085

Jean-Claude André
BRYAN CAVE LEIGHTON
 PAISNER LLP
120 Broadway, Ste. 300
Santa Monica, CA 60401
jcandre@bclplaw.com

Counsel for *Amicus Curiae*

# Disclosure of Corporate Affiliations
# and Financial Interest

Sixth Circuit
Case Number: 23-5257      Case Name: Johnson v. Griffin

Name of counsel: Geoffrey M. Pipoly

Pursuant to 6th Cir. R. 26.1, TechFreedom
*Name of Party*

makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   No.

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

   No.

CERTIFICATE OF SERVICE

I certify that on _____June 14, 2023_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Geoffrey M. Pipoly

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.

TechFreedom hereby moves for leave to file a brief as *amicus curiae* in support of Defendant-Appellee. Counsel for both parties have consented to the filing of the *amicus* brief.

TechFreedom is a nonprofit, nonpartisan think tank based in Washington, D.C. that seeks to advance public policy that makes experimentation, entrepreneurship, and investment possible through technological progress. Its interest in this case is related to its mission to defend the promise of a free and open Internet where vibrant discourse thrives across diverse forums, un-chilled by threats of meritless litigation.

This case asks the Court to consider the reach of personal jurisdiction related to content posted online. TechFreedom seeks to file an *amicus* brief to inform the Court's understanding of the unique nature of Internet speech and its societal importance, how excessively permissive standards for exercising personal jurisdiction over online speakers can chill speech in similar ways to lawsuits filed for the purpose of punishing or deterring protected speech, and why those chilling effects are particularly harmful in the digital age.

This motion and the *amicus* brief are being filed within the time allowed by Rule 29(b), because the Plaintiff-Appellant's brief was filed on June 7, 2023.

## CONCLUSION

The motion for leave to file an *amicus* brief in support of Defendant-Appellee should be granted.

| | |
|---|---|
| June 14, 2023 | Respectfully submitted, |
| | |
| Ari Cohn | /s/ *Geoffrey M. Pipoly* |
| Berin Szóka | Geoffrey M. Pipoly |
| Corbin K. Barthold | *Counsel of Record* |
| TECHFREEDOM | BRYAN CAVE LEIGHTON |
| 1500 K. Street NW, Floor 2 |  PAISNER LLP |
| Washington, D.C. 20005 | 161 N. Clark Street, Ste. 4300 |
| acohn@techfreedom.org | Chicago, IL 60601 |
| | Geoff.Pipoly@bclplaw.com |
| Annie Avery | (312) 602-5085 |
| BRYAN CAVE LEIGHTON | |
|  PAISNER LLP | Jean-Claude André |
| 1920 Main Street, Ste. 1000 | BRYAN CAVE LEIGHTON |
| Irvine, CA 92641 |  PAISNER LLP |
| Annie.Avery@bclplaw.com | 120 Broadway, Ste. 300 |
| | Santa Monica, CA 60401 |
| | jcandre@bclplaw.com |

Counsel for *Amicus Curiae*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on June 14, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ *Geoffrey M. Pipoly*
Geoffrey M. Pipoly
*Counsel for Amicus Curiae*