Case No. 23-5257

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

SAMUEL JOHNSON, in his individual capacity; JILL JOHNSON, in her individual capacity

    Plaintiffs - Appellants

v.

KATHY GRIFFIN, in her individual capacity

    Defendant - Appellee


Upon consideration of TechFreedom's motion to file an amicus brief,

And it appearing that all parties have consented to the filing of the amicus brief,

It is **ORDERED** that the motion be and it hereby is **DENIED** as **MOOT**.


**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 15, 2023