## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SAMUEL JOHNSON, in his individual capacity and JILL JOHNSON, in her individual capacity,

        Plaintiffs-Appellants,

v.

KATHY GRIFFIN, in her individual capacity,

        Defendant-Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 23-5257

**CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT**

For the reasons set forth in the Declaration of Michael J. Grygiel, Defendant-Appellee Kathy Griffin, pursuant to Federal Rule of Appellate Procedure 34(b) and Sixth Circuit Rule 34(d), respectfully requests that oral argument in this appeal, currently scheduled for October 18, 2023, be rescheduled to the Court's December 4-8, 2023, session.

This Consent Motion is supported by good cause.

Undersigned counsel has conferred with counsel for Plaintiffs-Appellants, who has advised that Plaintiffs-Appellants do not oppose this motion.

Dated: August 15, 2023

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: Michael J. Grygiel
Michael J. Grygiel
54 State Street, 6th Floor
Albany, New York 12207
Tel: (518) 689-1400
grygielm@gtlaw.com

ACTIVE 689508046v2

HOLLAND & KNIGHT, LLP
Robb S. Harvey
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 244-6380
robb.harvey@khlaw.com

*Attorneys for Defendant-Appellee Kathy Griffin*

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the Consent Motion to Reschedule Oral Argument and Declaration of Michael J. Grygiel in Support of Motion to Reschedule Oral Argument were electronically filed and served on counsel for Plaintiffs-Appellants by notice through the Court's CM/ECF system on this 15th day of August, 2023.

Michael J. Grygiel

2