UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

----------------------------------- X
SAMUEL JOHNSON, in his individual
capacity and JILL JOHNSON, in her individual
capacity,

         Plaintiffs-Appellants,

v.

KATHY GRIFFIN, in her individual capacity,

         Defendant-Appellee.

----------------------------------- X

Case No. 23-5257

## DECLARATION OF MICHAEL J. GRYGIEL
### IN SUPPORT OF MOTION TO RESCHEDULE ORAL ARGUMENT

MICHAEL J. GRYGIEL hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a shareholder with the law firm of Greenberg Traurig, LLP, attorneys for Defendant-Appellee Kathy Griffin, and admitted to practice in this Court.

2. I submit this Declaration in support of Defendant-Appellee's motion to reschedule oral argument in the above-captioned appeal (the "Appeal"), which is currently scheduled to be heard on Wednesday, October 18, 2023.

3. This Appeal has been fully briefed since July 12, 2023.

4. I handled the underlying District Court litigation and all appellate briefing. As such, I intend to argue this Appeal before the Court.

5. On Friday, August 11, 2023, the Notice of Oral Argument was docketed (Doc. No. 24).

6. Upon receipt of the Notice of Oral Argument, I realized I have a commitment on Wednesday, October 18, 2023, which cannot be moved. Hamilton College, my undergraduate

*alma mater* located in Clinton, New York, sponsors a program known as "Common Ground" which, as stated on the College's website, is a "multi-format program that helps prepare students for lives of active citizenship. Designed to explore cross-boundary political thought and complex social issues, Common Ground brings highly respected thought leaders to the Hamilton campus to participate in small classroom dialogues and large event discussions." Under the auspices of the Common Ground program, I organized and will moderate a panel discussion titled "The Supreme Court's Decision in *303 Creative v. Elenis*: The Collision Between Free Speech and LGBTQ+ Rights," the focal point of which is the U.S. Supreme Court's recent decision in *303 Creative, LLC v. Elenis*, 143 S.Ct. 2298 (2023). I was also responsible for inviting the panelists, including Eric Olson, the former Solicitor General of Colorado who briefed and argued the state's case in the Supreme Court; Dean Hila Keren of Southwestern Law School in Los Angeles, the author of "Separating Church and Market: The Duty to Secure Market Citizenship for All," 12 U.C. IRVINE L. REV. 911 (2022); and Professor Dale Carpenter of Southern Methodist University's Dedman School of Law in Dallas, who submitted an amicus brief in support of the Petitioner in *303 Creative*. The Common Ground program is scheduled to take place on Wednesday, October 18, 2023 — the same date oral argument is calendared for the Appeal. Further, the event has been on the College's Fall 2023 academic calendar for several weeks, and cannot be rescheduled without considerable disruption and inconvenience — to the panelists and the entire Hamilton College community — including the risk of cancellation.

7. I respectfully submit that this conflict presents good cause for rescheduling oral argument in this Appeal.

8. Immediately upon realizing the conflict, on August 11, 2023, I contacted both Monica M. Page, the Case Manager assigned to this Appeal, and counsel for Plaintiffs-Appellants,

Todd V. McMurtry, to notify each of them that I have a conflict with the recently scheduled oral argument date.

9. At that time, I also requested that Mr. McMurtry advise whether Plaintiffs-Appellants would accommodate my request to the Court to reschedule oral argument.

10. Mr. McMurtry responded that Plaintiffs-Appellants were happy to accommodate. A true and correct copy of my August 11, 2023, correspondence with Mr. McMurtry is attached hereto as **Exhibit A**.

11. Mr. McMurtry and I subsequently discussed alternative dates for oral argument and determined that we are both available the week of the Court's December 4-8, 2023, sitting to argue this Appeal.

12. Therefore, I respectfully request that oral argument be rescheduled from October 18, 2023, to the week of December 4, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2023

　　　　　　　　　　　　　　　　　　　　Michael J. Grygiel