No. 23-5257

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Aug 22, 2023
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| SAMUEL JOHNSON and JILL JOHNSON, in their individual capacities, <br><br>   Plaintiffs-Appellants, <br><br> v. <br><br> KATHY GRIFFIN, in her individual capacity, <br><br>   Defendant-Appellee. | O R D E R |

The court previously scheduled this matter for oral argument on October 18, 2023. The defendant now moves to continue argument.

The Court **DIRECTS** the parties to confer and inform the Court within **three (3) business days**:

(1) Whether the parties are amenable to holding oral argument on the morning of Wednesday, October 18, with one or both parties appearing remotely via Zoom or another platform.

(2) If so, whether they would prefer to be the first or second scheduled case called that morning; and

(3) If not, whether they would prefer in-person or virtual oral argument on the afternoon of October 17 or October 18.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk